No. 1039. CLARENCE D. KELLER ET AL., ETC. *v.* ADAMS-CAMPBELL COMPANY, INC., ET AL. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Charles E. Townsend* for petitioners. No appearance for respondents.

No. 1054. JAMES C. DAVIS, AGENT, ETC. *v.* J. M. CURRIE. June 11, 1923. Petition for a writ of certiorari to the Supreme Court of the State of South Carolina granted. *Mr. Thomas W. Davis* and *Mr. Douglas McKay* for petitioner. No appearance for respondent.

No. 1059. JAMES C. DAVIS, AGENT, ETC. *v.* JOHN O'HARA. June 11, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Nebraska granted. *Mr. A. A. McLaughlin, Mr. N. H. Loomis* and *Mr. C. A. Magau* for petitioner. *Mr. Benjamin S. Baker* for respondent.

No. 1082. HERMAN G. GERDES, AS TRUSTEE IN BANKRUPTCY OF ABRAHAM LUSTGARTEN, BANKRUPT, *v.* ABRAHAM LUSTGARTEN. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Moses Cohen* for petitioner. *Mr. Lawrence J. Bershad* for respondent.

No. 1110. PEOPLE OF THE STATE OF NEW YORK *v.* LOUIS JERSAWIT, AS TRUSTEE IN BANKRUPTCY OF AJAX DRESS COMPANY, INC. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Robert P. Beyer* and *Mr. C. T. Dawes* for petitioner. *Mr. Harry B. Singer* for respondent.